[No. 38255-5-II.  Division Two.  February 3, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. A.L., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-8-01018-7, Frank E. Cuthbertson, J., entered August 20, 2008. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Van Deren, C.J., and Bridgewater, J.

[No. 38487-6-II.  Division Two.  February 3, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL JEROME GEMAR, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 08-1-00199-4, James J. Stonier, J., entered October 30, 2008. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, C.J., and Armstrong, J.

[No. 38679-8-II.  Division Two.  February 4, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH H. STEEN, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 08-1-00345-3, David L. Edwards, J., entered December 15, 2008. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Houghton, J., concurred in by Van Deren, C.J., and Penoyar, J. Now published at 155 Wn. App. 243.

[No. 38689-5-II.  Division Two.  February 4, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK CHESTER EARL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-06167-2, Frederick W. Fleming, J., entered November 14, 2008. *Dismissed* by unpublished opinion per Penoyar, A.C.J., concurred in by Hunt and Quinn-Brintnall, JJ.